1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7

8

9   DAVID S. STEWART,                    No. C 14-3447 MEJ (PR)

10              Plaintiff,               **JUDGMENT**

11      v.

12   SUPREME COURT OF CALIFORNIA,

13              Defendant
    _____/

14

15      This action is dismissed for failure to state a claim.

16      IT IS SO ORDERED AND ADJUDGED.

17

18   DATED: __October 29, 2014_____      _____
                                              Maria-Elena James
19                                            United States Magistrate Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California